UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, INC., SHAWN BATES and HOYT BAUGH | * * * * | CIVIL ACTION NO. 15-6406 |
| VERSUS | * * | SECTION: "R"(1) |
| | * | JUDGE SARAH S. VANCE |
| THE DORIAN APARTMENTS, LLC (D/B/A "DORIAN APARTMENTS"); JOHN CENTANNI; JONI CENTANNI GRAVOLET, KATHERINE DAIGLE; and XYZ INSURANCE COMPANY | * * * * * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| ************************************* | * | |

## ORDER

Before the Court is The Dorian Apartment's Motion to Compel the United States Equal Employment Opportunity Commission (New Orleans Field Office) to Comply with Subpoena to Produce Documents. (Rec. Doc. 46). On January 5, 2017, the Court ordered oral argument on the Motion. On January 17, 2017, the EEOC and the plaintiffs filed memoranda in opposition to the Motion.

IT IS ORDERED that oral argument on the Motion to Compel (Rec. Doc. 46) is CANCELLED. The Motion will be resolved on the briefs.

New Orleans, Louisiana, this 20th day of January, 2017.

_____
Janis van Meerveld
United States Magistrate Judge