UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREATER NEW ORLEANS FAIR ) <br> HOUSING ACTION CENTER, INC.; ) <br> SHAWN BATES and HOYT BAUGH ) <br>       Plaintiffs ) <br>       v. ) <br> ) <br> ) <br> THE DORIAN APARTMENTS, LLC ) <br> (d/b/a "DORAIN APARTMENTS"); ) <br> KATHERINE DAIGLE, and ) <br> XYZ INSURANCE COMPANY, ) <br>       Defendants. ) | No. 2:15-cv-6406 <br> Section R, Division 1 <br> Judge Sarah Vance, Presiding <br> Magistrate Judge Janis van Meerveld |

**ORDER**

Having duly considered the *Unopposed Motion to Extend the Dismissal Deadline by 30 Days*;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The Dismissal Deadline is extended 30 days from May 9, 2017. All other parts of this Court's February 8, 2017 order, see R. Doc. 68, shall remain the same.

New Orleans, La, this __4th__ day of __May__, 2017.

_____
HON. SARAH S. VANCE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA